FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 18 2026

Kevin P. Weimer, Clerk
By [signature] Deputy Clerk

AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

UNITED STATES OF AMERICA

V.

**PAULINE FERNELLA LEWIS**

*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 2:26-mj-27

Upon motion of the U. S. GOVERNMENT, it is ORDERED that a detention hearing is set 9/23/2026 (*Date*) * at 10:00 a.m./p.m. (*Time*)

before ANNA W. HOWARD
*Name of Judicial Officer*

Courtroom 103, U. S. Courthouse 121 Spring Street, S.E., Gainesville, GA 30501
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

______________________ and produced for the
*Other Custodial Official*

Date: 9-18-26

[signature]
*Judicial Officer*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.